IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEALS-IT, INC. <br>          Plaintiff, <br><br>          v. <br><br> ALLOY USA, LLC. <br>          Defendant | ) <br> ) <br> ) <br> ) Civil Action No.: 3:05-CV-01346-JBA <br> ) <br> ) <br> ) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Seals-It, Inc. hereby dismisses its claims in this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(i).

                SEALS-IT, INC.

Date: October 24, 2005      BY: /s/ Daniel E. Bruso
                                       DANIEL E. BRUSO, ESQ.
                                       Conn. Fed. Dist. Ct. Bar. No. 18666
                                       Cantor Colburn LLP
                                       55 Griffin Road South
                                       Bloomfield, CT  06002
                                       (860) 286-2929 (telephone)
                                       (860) 286-0115 (facsimile)